UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by _A_ D.C.
FEB - 9 2005
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - KEY WEST

CASE NO. 04-10037-CR-Highsmith\Turnoff

UNITED STATES OF AMERICA,

-vs-

ADRIAN MARTINEZ-MONTERO,

Defendant.

_____

**COURT EXHIBIT**
USA v. MONTERO
CASE NO. 04-10037-CR-Highsmith
EXHIBIT NO. "A"

## FACTUAL BASIS FOR PLEA

On October 12, 2004, the United States Coast Guard (USCG) received a Telex from the Cuban Border Guard (CBG) stating that a go-fast vessel had departed northbound towards the United States from the Villa Clara Province of Cuba after violating Cuban Territorial Waters. Both the USCG and Customs and Border Protection (CBP) dispatched aircraft to locate and identify the target vessel.

Later that same day, CBP aircraft spotted a northbound vessel with twin outboard motors and numerous people onboard along the maritime route last reported by the Cuban Border Guard. The vessel was located in Bahamian waters near the Cay Sal bank. Air and marine assets from the Coast Guard and CBP were deployed to track and intercept the vessel as it was heading for the United States. Two marked CBP Air and Marine Interdiction Division (AMID), marine interceptor patrol boats located the go-fast vessel approximately 19 miles east of Cape Florida. The vessel refused to stop and attempted to flee. Both AMID patrol boats attempted to stop the go-fast vessel through the use of blue lights and sirens, hailing on channel 16, a public address system and hand signals. All of these attempts were disregarded. During these warnings the captain of the suspected vessel continuously looked at the AMID patrol boats. After firing warning shots with negative results, the AMID patrol boats successfully stopped the fleeing go-fast vessel utilizing disabling fire approximately 11 miles from the U.S. coast.

A total of thirty-three (33) aliens were onboard (18 males and 15 females, including 5 minors). **Adrian MARTINEZ** was identified as the master of the go-fast vessel, and **German Jesus RUBI-PEREZ** as a crewmember. The smuggled aliens, along with **Adrian MARTINEZ** and **German Jesus RUBI-PEREZ**, were transferred to the USCG Cutter Venturous. All thirty-three aliens were determined to be Cuban nationals who had not received prior official authorization to come to, enter, or reside in the United States. The master of the go-fast, **Adrian MARTINEZ**, and the crewmember, **German Jesus RUBI-PEREZ** were determined landed Cuban refugees, both with pending orders of deportation.

Following this incident, both defendants were first brought to Monroe county in the Southern

District of Florida.

Adrian Martinez was interviewed post Miranda and stated that he had received word from relatives in Cuba that his mother and sister had been stranded on Anguilla Cay. He stated that he went to Anguilla Cay to pick them up, found a large number of migrants and agreed to take them all to Miami. German Rubi-Perez stated that his friend Adrian asked for his help and he agreed to travel to Anguilla Cay with him.

_____
SCOTT E. RAY
ASSISTANT UNITED STATES ATTORNEY

_____
ADRIAN MARTIEZ-MONTERO
DEFENDANT

_____
STEVEN ROBERT AMSTER
COUNSEL FOR DEFENDANT